IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00213-WYD-CBS

ARTHUR THOMAS,

    Plaintiff,

v.

AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC., a/k/a AMERICAN EXPRESS PROPERTY CASUALTY INSURANCE AGENCY, a/k/a AMEX ASSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal (filed October 31, 2008). The parties stipulate therein to a dismissal of the case with prejudice on the grounds that the case has been resolved by settlement. After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs.

    Dated: November 3, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge